**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA – ORLANDO DIVISION**

                                      **CASE NO. 6:10-bk-08114-ABB**
                                      **CHAPTER 7**

**IN RE:**

**Archangelo James D'Amato,**

       **Debtor(s)**
_____/

**AMERICAN HOME'S MOTION FOR RELIEF**
**FROM THE AUTOMATIC STAY**

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**Pursuant to Local Rule 2002-4, the Court will consider this motion without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your Objection with the Clerk of the Court at 135 W. Central Boulevard, Suite 950, Orlando, Florida 32801, and serve a copy on the Movant's attorney, Anila Rasul, Esq., at Kahane & Associates, P.A., 8201 Peters Road, Ste 3000, Plantation, FL 33324.**

**If you file and serve an objection within the time permitted, and the objection reveals factual or legal issues requiring a hearing, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, any may grant the relief requested.**

---

      **COMES NOW,** American Home Mortgage Servicing, Inc. as Servicer for Deutsche Bank National Trust Company, as Trustee in trust for the benefit of the Certificateholders for QUEST Trust 2005-X1, Asset-Backed Certificates, Series 2005-X1, its Successors and/or Assigns ("Secured Creditor"), by and through its undersigned counsel, moves for Relief from the Automatic Stay and states as follows:

      1.    The Court has jurisdiction over this matter pursuant to 11 U.S.C. § 362, FRBP 4001(a) and the various other applicable provisions of the United States Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the laws of the United States of America.

2.	The Debtor(s) listed above (the "Debtor(s)") filed a voluntary petition pursuant to Chapter 7 of the Bankruptcy Code on May 12, 2010.

3.	Secured Creditor holds a security interest in the Debtor(s) exempt real property located at 951 Orchid Street, Lady Lake, Florida 32159, by virtue of a Mortgage dated July 16, 2004, which was recorded in the Public Records of Lake County, Florida, on September 9, 2004, in Official Records Book 02653, Page 0001. Said Mortgage secures a Note in the amount of $97,000.00.  See Exhibit "A" attached hereto.

4.	The aforementioned Mortgage gives Secured Creditor a first mortgage position on said property, legally described as:

> **LOT 1724, ORANGE BLOSSOM GARDENS, UNIT 8, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 28, PAGES 20-24, PUBLIC RECORDS OF LAKE COUNTY, FLORIDA, TOGETHER WITH THAT CERTAIN 1987 26'X36' FLEE DOUBLEWIDE MOBILE HOME ID: FLFL3547A&B.**

5.	The Debtor(s) is/are indebted to Secured Creditor in the amount of $92,326.72 principal balance, plus any additional interest, advances, costs and attorneys' fees advanced by Secured Creditor, pursuant to the loan documents.  See Exhibit "B" attached hereto.

6.	Debtor(s) has/have not made payment on the subject mortgage since the installment due on May 1, 2009 and, therefore, the interests of Secured Creditor are not being adequately protected.

7.	Upon information and belief, said property has not been claimed exempt pursuant to the Debtor's Schedule C but is listed as exempted in the Statement of Intentions.

8.	Secured Creditor's security interest in the subject property is being significantly jeopardized by the Debtor(s)' failure to make regular payments under the subject loan documents

while Secured Creditor is prohibited from pursuing lawful remedies to protect such security interest.

9. Secured Creditor maintains that cause exists pursuant to 11 U.S.C. § 362(d)(1) for the automatic stay to be lifted to allow Secured Creditor to pursue its *in rem* remedies.

10. Pursuant to 11 U.S.C. § 362(e), Secured Creditor hereby requests that in the event a hearing becomes necessary one be held within thirty (30) days.

**WHEREFORE**, Secured Creditor respectfully requests that the automatic stay be lifted so that it may pursue in rem remedies to protect its security interests in the Debtor(s)' property outside of the bankruptcy forum, that in the event a hearing is necessary one be held within thirty (30) days, and for such other relief as the Court may deem just and proper.

**I HEREBY CERTIFY** that a true and correct copy of the Motion for Relief from Stay was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid and/or by Electronic Filing this 7th day of June, 2010.

Respectfully Submitted,

**Kahane & Associates, P.A.**
8201 Peters Road, Ste. 3000
Plantation, Florida 33324
Telephone: (954) 382-3486
Telefacsimile: (954) 382-5380

/s/   Anila S. Rasul
**Anila S. Rasul, Esq.**
FBN: 36378
Direct Line: (954) 356-1672
**Jason A. Weber, Esq.**
FBN: 0051681
Direct Line: (954) 356-1738

**Mailing List**

Archangelo James D'amato
951 Orchid Street
Lady Lake, Florida 32159

Stephen J. Berlinsky, Esq.
The Berlinsky Law Firm, P.A.
Attorney for Debtor(s)
637 Eighth Street
Clermont, Florida 34711

George E. Mills, Jr., Trustee
P.O. Box 995
Gotha, Florida 34734-0995

U.S. Trustee
United States Trustee-ORL 7
135 West Central Blvd., Suite 620
Orlando, Florida 32801