UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – ORLANDO DIVISION

CASE NO. 6:10-bk-08114-ABB
CHAPTER 7

IN RE:

**Archangelo James D'Amato,**

       **Debtor(s)**

_____/

**ORDER LIFTING THE AUTOMATIC STAY
IN FAVOR OF AMERICAN HOME**

**THIS CASE** came before the Court upon the Motion for Relief from the Automatic Stay (Docket No. 11) filed by American Home Mortgage Servicing, Inc. as Servicer for Deutsche Bank National Trust Company, as Trustee in trust for the benefit of the Certificateholders for QUEST Trust 2005-X1, Asset-Backed Certificates, Series 2005-X1 its Successors and Assigns ("Secured Creditor") on negative notice pursuant to Local Rule 2002-4. There being no objection to the entry of this Order and the Court being otherwise fully advised on the matter, it is,

**ORDERED:**

1. Secured Creditor's Motion for Relief from the Automatic Stay is Granted.

2. The automatic stay imposed by 11 U.S.C. § 362 is lifted with respect to real property located at 951 Orchid Street, Lady Lake, Florida 32159 and legally described as:

**LOT 1724, ORANGE BLOSSOM GARDENS, UNIT 8, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 28, PAGES 20-24, PUBLIC RECORDS OF LAKE COUNTY, FLORIDA, TOGETHER WITH THAT CERTAIN 1987 26'X36' FLEE DOUBLEWIDE MOBILE HOME ID: FLFL3547A&B.**

3.     This Order lifting the automatic stay is entered for the sole purpose of allowing Secured Creditor to pursue its lawful *in rem* remedies as to the property described above and said creditor shall neither seek nor obtain an *in personam* judgment against the Debtor(s).

**DONE AND ORDERED** in Orlando, Florida on  June 30, 2010.



Arthur B. Briskman
United States Bankruptcy Judge

**Copies furnished to:**

Anila Rasul, Esquire
Kahane & Associates, P.A.
8201 Peters Road, Ste.3000
Plantation, FL 33324
Telephone: (954) 382-1672
Telefacsimile: (954) 626-3778

Archangelo James D'amato
951 Orchid Street
Lady Lake, Florida 32159

Stephen J. Berlinsky, Esq.
The Berlinsky Law Firm, P.A.
Attorney for Debtor(s)
637 Eighth Street
Clermont, Florida 34711

George E. Mills, Jr., Trustee
P.O. Box 995
Gotha, Florida 34734-0995

U.S. Trustee
Middle District of Florida
135 West Central Blvd.
Orlando, Florida 32801